```
 1  JAMES A. TIEMSTRA (Bar No. 96203)
    LISA LENHERR (Bar No. 258091)
 2  ERIC D. TETRAULT (Bar No. 266033)
    TIEMSTRA LAW GROUP, PC
 3  1111 Broadway, Suite 1501
    Oakland, CA 94607-4036
 4  Telephone No.: (510) 987-8000
    Facsimile No.: (510) 987-7219
 5  E-mail: jat@tiemlaw.com

 6  Attorneys for Defendants
    TIN INC., dba TEMPLE-INLAND and
 7  TEMPLE-INLAND, INC.
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>CIMINO BROKERAGE COMPANY dba CIMINO BROTHERS PRODUCE,<br><br>Debtor. | Case No. 09-60291 ASW 7<br><br>Chapter 7 Case |
| CIMINO BROKERAGE COMPANY dba CIMINO BROTHERS PRODUCE,<br><br>Plaintiff,<br><br>v.<br><br>TIN INC., dba TEMPLE-INLAND and TEMPLE-INLAND INC.,<br><br>Defendants. | Adversary Proceeding No. 10-5348 ASW<br><br>**JOINT CASE MANAGEMENT<br>CONFERENCE STATEMENT**<br><br>DATE: November 18, 2011<br>TIME: 3:00 p.m.<br>LOCATION: Judge Arthur S. Weissbrodt<br>280 South First Street<br>Courtroom 3020<br>San Jose, California 95113 |

COMES NOW TIN INC. dba TEMPLE-INLAND and TEMPLE-INLAND INC. ("TIN" or "Defendant"), together with CIMINO BROKERAGE COMPANY dba CIMINO BROTHERS PRODUCE, ("Cimino" or "Plaintiff"), and submits the following Joint Case Management Conference Statement:

**A.    Background**

This Court originally set the Telephonic Case Management Conference, ("CMC"), in this case for February 4, 2011. (Docket No. 2, entered Oct. 4, 2010.) On January 21, 2011, this

Court entered its Order Approving Stipulation to Continue Telephonic Case Management Conference to March 4, 2011. (Docket No. 11, filed Jan. 19, 2011; Docket No. 13, entered Jan. 21, 2011.)

On February 1, 2011, the parties appeared before this Court with regard to TIN INC.'s Motion to Dismiss, or in the Alternative, Motion for Abstention, or in the Alternative, Motion to Transfer Venue, (the "Motion"). (Docket No. 7, filed Dec. 8, 2010.) The matter was continued until after the United States Supreme Court issued its *Stern v. Marshall* decision. (*See* Docket No. 22, filed Feb. 25, 2011.) On June 23, 2011, the United States Supreme Court issues its *Stern v. Marshall* decision. 564 U.S. ___, 131 S. Ct. 2594, 180 L. Ed. 2d 475. On July 1, 2011, the Court entered an Order Setting Briefing Schedule Re Motion to Dismiss, with a hearing to be held on September 26, 2011, at 3:00 p.m. (Docket No. 24, entered July 1, 2011.) On July 19, 2011, this Court issued its Order Continuing Case Management Conference to September 26, 2011, at 3:00 p.m. (Docket No. 26, entered July 19, 2011.)

In compliance with this Court's briefing schedule, on August 8, 2011, TIN filed its Supplemental Brief in Support of TIN's Motion. (Docket No. 28, filed Aug. 1, 2011.) On August 30, 2011, the Plaintiff filed its Supplemental Brief in Opposition to TIN's Motion. (Docket No. 29, filed Aug. 30, 2011.) On September 9, 2011, TIN filed its Reply to Plaintiff's Supplemental Brief in Opposition to TIN's Motion. (Docket No. 31, filed Sept. 9, 2011.)

On September 15, 2011, Plaintiff's counsel filed Motion of Levene, Neale, Bender, Yoo & Brill, LLP, for an Order Authorizing Withdrawal of Counsel, ("Motion to Withdraw"). (Docket No. 32, filed Sept. 15, 2011.)

On September 16, 2011, the Defendant and the Plaintiff filed a Joint Case Management Conference Statement. (Docket No. 34, filed Sept. 16, 2011.) On September 22, 2011, the Defendant and Plaintiff filed a Stipulation to Continue Hearing on Motion to Dismiss, or in the Alternative, Motion for Abstention, or in the Alternative, Motion to Transfer Venue and the Status Conference, (the "Stipulation to Continue"), to allow Plaintiff to determine its options in light of the Motion to Withdraw, and, upon conversion, to give a Chapter 7 trustee an opportunity to review the matter. (Docket No. 35, filed Sept. 22, 2011.) On September 23, 2011,

this Court entered its Order Granting the Stipulation to Continue, and continued the September 26, 2011, hearing to November 18, 2011, at 3:00 p.m. (Docket No. 37, entered Sept. 23, 2011.)

On October 26, 2011, this Court entered its Order grating the Motion to Withdraw. (Docket No. 42, entered Oct. 26, 2011.)

On October 31, 2011, this Court entered an Order Converting Chapter 11 Case to Chapter 7. (Case No. 09-60291, Docket No. 304, entered Oct. 31, 2011.) On or about November 3, 2011, Marc Del Piero was appointed as Chapter 7 Trustee, (the "Trustee"). (*See* Case No. 09-60291, Docket No. 306, entered Nov. 3, 2011, (Notice of Chapter 7 Bankruptcy Case).)

On November 7, 2011, Plaintiff's Texas state court co-counsel, filed Motion of Person, Whitworth, Borchers & Morales, LLP, ("PWBM"), for an Order Authorizing Withdrawal as Counsel. (Docket No. 44, filed Nov. 7, 2011.)

### B. Counsel has Conferred

Counsel conferred on November 9, 2011.

### C. Proposed Course of Action

On October 26, 2011, this Court entered its Order grating Plaintiff's counsel's Motion to Withdraw. (Docket No. 42, entered Oct. 26, 2011.) This case converted to Chapter 7 on October 31, 2011. Defendant's counsel spoke to the Trustee's office on November 9, 2011; his office indicated that he was not prepared to address this adversary proceeding. Later that day, the Trustee filed an application to employ Stromsheim & Associates as counsel. (Case No. 09-60291, Docket No. 308, filed Nov. 9, 2011.) Defendant's counsel spoke to proposed counsel whereby proposed counsel confirmed that the Trustee had not formulated a position regarding the case.

Plaintiff's counsel of record, PWBM, requests that the CMC and the hearing on the Motion be continued for 30 days in light of PWBM's Motion for an Order Authorizing Withdrawal as Counsel, (*see* Docket No. 44, filed Nov. 7, 2011), and to allow time for the Chapter 7 Trustee to review the case. PWBM requested on November 9, 2011, that TIN stipulate to continue the November 18, 2011, CMC and the Motion; however, counsel for TIN has been unable to communicate with its client regarding the request and has no present authority to consent.

TIN proposes that the Motion be heard on November 18, 2011, as scheduled, and the November 18, 2011, CMC be continued until thirty (30) days after this Court's order disposing of the Motion becomes final, or as soon thereafter as counsel may be heard. The November 18, 2011, CMC is set in coordination with the post-*Stern v. Marshall* briefing required by this Court's July 1, 2011, Order Setting Briefing Schedule Re Motion to Dismiss. (Docket No. 24, entered July 1, 2011.)

Due to the unique circumstances of this case, the pending Motion and the Supplemental Briefing re: *Stern v. Marshall*, a response to the following information requested by this Court in its Order Setting Telephonic Case Management Conference in San Jose (Docket No. 2, entered Oct. 4, 2010) is premature, at this time: a concise statement summarizing each legal theory on which the plaintiff or defendant relies and a brief general statement of the facts which support this theory; the position of the parties with respect to Bankruptcy Rules 7008 and 7012(b); proposed discovery and proposed cut-off dates for discovery and pre-trial motions; and the estimated time for trial and desired trial date.

Once this Court adjudicates the pending Motion, the parties will be prepared to discuss how they wish to proceed in this matter.

**D.     Whether alternative dispute resolution is desired by the parties**

At this time, dispute resolution is not desired.

**E.     A statement by any non-governmental corporate party to this action identifying all its parent corporations and listing any publicly-held company that owns 10% or more of the party's stock.**

Temple-Inland, Inc. is the holding company for TIN INC. d/b/a Temple-Inland. TIN is not a publicly traded company.

Dated: November 10, 2011                    TIEMSTRA LAW GROUP, PC

By: _____
LISA LENHERR
Attorneys for Defendants
TIN INC., dba TEMPLE-INLAND and
TEMPLE-INLAND, INC.

| | |
|---|---|
| Dated: November 10, 2011 | PERSON, WHITWORTH, BORCHERS & MORALES, LLP |
| | By: _____ w/p/<br>DOANH "ZONE" T. NGUYEN<br>Attorneys for Plaintiff<br>CIMINO BROKERAGE COMPANY dba<br>CIMINO BROTHERS PRODUCE. |